1  ROBERTS, RASPE & BLANTON LLP
   David M. Roberts (SB# 72394)
2  Michael S. Blanton (SB# 190148)
   Union Bank Plaza
3  445 South Figueroa Street, Suite 3200
   Los Angeles, California 90071
4  Telephone: (213) 430-4777
   Facsimile: (213) 430-4780
5  droberts@rrbllp.com
   mblanton@rrbllp.com
6
   Attorneys for Plaintiffs Marcus & Millichap
7  Real Estate Investment Brokerage Company
   and The Marcus & Millichap Company
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

                                          *E-FILED - 10/18/06*
12

13 MARCUS & MILLICHAP REAL              ) CASE NO.: C 06-04800 RMW
   ESTATE INVESTMENT                    )
14 BROKERAGE COMPANY, a                 ) STIPULATION AND [PROPOSED]
   California corporation and THE       ) ORDER CONTINUING CASE
15 MARCUS & MILLICHAP                   ) MANAGEMENT CONFERENCE
   COMPANY, a California corporation,   )
16                                      )
              Plaintiffs,               )
17                                      ) Current Hearing: Case Management
         vs.                            )                   Conference
18                                      )
   NATIONAL UNION FIRE                  ) Date: October 27, 2006
19 INSURANCE COMPANY OF                 ) Time: 10:30 a.m.
   PITTSBURGH, PA., a Pennsylvania      ) Place: Court room 6, 4th Floor
20 corporation, and DOES 1 through 10,  )
   Inclusive                            )
21                                      )
              Defendants.               )
22                                      )
                                        )
23                                      )

24

25

26

27

28

   STIPULATION AND [PROPOSED] ORDER
        Case No.: C06-04800 RMW

This Stipulation to continue the Case Management Conference ("CMC") set for October 27, 2006 is entered into by and between the Plaintiffs, Marcus & Millichap Real Estate Investment Brokerage Company and The Marcus & Millichap Company by and through their attorneys of record, David M. Roberts and Michael S. Blanton; and Defendant, National Union Fire Insurance Company of Pittsburgh, PA., by and through their attorney of record Thomas H. Sloan Jr.

WHEREAS, On August 23, 2006, the Court scheduled the CMC for October 27, 2006, at 10:30 a.m., in courtroom 6.

WHEREAS, Lead trial counsel for Plaintiffs has a scheduling conflict on October 27, 2006 which he has been unable to rectify and is unable to attend or appear by telephone for the October 27, 2006 Case Management Conference.

WHEREAS, Counsel for Plaintiffs and Defendant have agreed to stipulate to a short continuance of the Case Management Conference subject to the convenience of the Court.

1     THEREFORE, the parties and their respective counsel hereby respectfully
2 request this Court to continue the CMC to November 3̶ 2006, at 10:30 a.m., in (JG)
3 court room 6 of the above-entitled court, or another later date acceptable to the
4 Court.

6     SO STIPULATED.

9 DATED: October 17, 2006     ROBERTS, RASPE & BLANTON LLP
    David M. Roberts
    Michael S. Blanton

By: _____
    Michael S. Blanton

Attorneys for Plaintiffs Marcus & Millichap
Real Estate Investment Brokerage Company
and The Marcus and Millichap Company

16 DATED: October 17, 2006     KRIEG KELLER SLOAN REILLEY &
    ROMAN LLP

By: _____
    Thomas H. Sloan Jr.

Attorneys for Defendant National Union Fire
Insurance Company of Pittsburgh, PA.

    IT IS SO ORDERED. The CMC is reset to 11/3/06 @ 10:30 a.m.

Dated: 10/18/06     /s/ Ronald M. Whyte
    U.S. District Judge

-3-

STIPULATION AND [R̶R̶O̶R̶O̶S̶E̶D̶] ORDER
Case No.: C06-04800 HRL