1  ROBERTS, RASPE & BLANTON LLP
   David M. Roberts (SB# 72394)
2  Michael S. Blanton (SB# 190148)
   Union Bank Plaza
3  445 South Figueroa Street, Suite 3200
   Los Angeles, California 90071
4  Telephone: (213) 430-4777
   Facsimile: (213) 430-4780
5  droberts@rrbllp.com
   mblanton@rrbllp.com
6
   Attorneys for Plaintiffs Marcus & Millichap
7  Real Estate Investment Brokerage Company
   and The Marcus & Millichap Company
8

9               **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                   **SAN JOSE DIVISION**
                                        *E-FILED - 10/18/06*
12

13  MARCUS & MILLICHAP REAL            ) CASE NO.: C 06-04800 RMW
    ESTATE INVESTMENT                  )
14  BROKERAGE COMPANY, a               ) **STIPULATION AND [PROPOSED]**
    California corporation and THE     ) **ORDER SELECTING ADR**
15  MARCUS & MILLICHAP                 ) **PROCESS**
    COMPANY, a California corporation, )
16                                     )
              Plaintiffs,              )
17                                     )
                vs.                    )
18                                     )
    NATIONAL UNION FIRE                )
19  INSURANCE COMPANY OF               )
    PITTSBURGH, PA., a Pennsylvania    )
20  corporation, and DOES 1 through 10,)
    Inclusive                         )
21                                     )
              Defendants.              )
22                                     )
                                       )
23  _____ )

24
         Counsel report that they have met and conferred regarding ADR and have reached
25
    the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
26

27

28

---

1   The parties agree to participate in the following ADR process:

2       Mediation (ADR L.R. 6)

3

4   The parties agree to hold the ADR session by:

5       The presumptive deadline (90 days from date of order)

6       Other requested deadline: April 30, 2007

7

8

9   DATED:  October 6, 2006          ROBERTS, RASPE & BLANTON LLP

10

11  By: _____
                                    Michael S. Blanton

12                                  Attorneys for Plaintiffs Marcus & Millichap
                                    Real Estate Investment Brokerage Company
13                                  and The Marcus and Millichap Company

14

15  DATED:  October 6, 2006          KRIEG KELLER SLOAN REILLEY &
                                    ROMAN LLP
16

17  By: _____
                                    Thomas H. Sloan Jr.
18

19                                  Attorneys for Defendant National Union Fire
                                    Insurance Company of Pittsburgh, PA

20

21

22

23

24

25

26

27

28

-2-

1   [PROPOSED] ORDER

2   Pursuant to the Stipulation above, the captioned matter is hereby referred to:

3       Mediation.

4

5   Deadline for ADR session:

6           Date: 2/28/07 _____, 2007

7   IT IS SO ORDERED.

8

9   Dated: 10/18/06 _____          /S/ RONALD M. WHYTE

10                                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No.: C06-04800 RMW

1

## PROOF OF SERVICE

2

3    STATE OF CALIFORNIA            )
                                     ) ss:
4    CITY AND COUNTY OF LOS ANGELES )

5

6         I am employed in the City and County of Los Angeles, State of California.
     I am over the age of 18 and not a party to the within action. My business address is
7    Roberts, Raspe & Blanton LLP, Union Bank Plaza, 445 South Figueroa Street, Suite
     3200, Los Angeles, California 90071.
8

9         On October 6, 2006, I served the foregoing document(s) described as:

10   **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

11   on the interested parties, by placing  in a sealed envelope(s) addressed as follows:

12   Thomas H. Sloan Jr.
     Krieg Keller Sloan Reilley & Roman LLP
13   114 Sansome Street, 4th Floor
     San Francisco, CA 94104
14

15        [  ]    **VIA OVERNIGHT MAIL:**
                  VIA : By delivering such documents to an overnight mail service or an
16                authorized courier in an envelope or package designated by the express service
                  courier addressed to the person(s) on whom it is to be served.
17
          [X]    **VIA U.S. MAIL:**
18                I am readily familiar with the firm's practice of collection and processing of
                  correspondence for mailing.  Under that practice such envelope(s) would be
19                deposited with the U.S. postal service on October 6, 2006 with postage thereon
                  fully prepaid, at Los Angeles, California.
20
          [  ]    **VIA PERSONAL DELIVERY:**
21                I personally delivered such envelope(s) by hand to the offices of the addressee
                  pursuant to CCP § 1011.
22
          [  ]    **VIA FACSIMILE:**
23                By transmitting via facsimile the document(s) listed above to the fax number(s)
                  set forth below on this date before 5:00 p.m.
24

25        I declare under penalty of perjury under the laws of the state of California
     that the above is true and correct and was executed on October 6, 2006, at Los Angeles,
26   California.

27
                                            _____
28                                                    Melissa Lira