1  Thomas H. Sloan, Jr., Esq. [SBN 58322]
2  Michael D. Lisi, Esq. [SBN 196972]
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, 4th Floor
   San Francisco, CA  94104
4  Telephone:  (415) 249-8330
   Facsimile:  (415) 249-8333
5
6  Attorneys for Defendant
   NATIONAL UNION FIRE INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10             SAN JOSE DIVISION        *E-FILED - 1/29/07*

11
   MARCUS & MILLICHAP REAL ESTATE        Case No.:  C06-04800 RMW
12 INVESTMENT BROKERAGE COMPANY,
   a California corporation, AND THE      STIPULATION AND [PROPOSED]
13 MARCUS & MILLICHAP COMPANY, a          ORDER WITHDRAWING FROM
   California corporation,                COURT-SPONSORED ADR AND
14                                        PROCEEDING WITH PRIVATE
                                          MEDIATION
15              Plaintiffs,
16
          v.
17
   NATIONAL UNION FIRE INSURANCE
18 COMPANY, a Pennsylvania corporation, and
   DOES 1-10, Inclusive
19
                Defendants.
20

21         Pursuant to ADR Local Rule 3-4(b) of the Local Rules of the Northern District of California,

22 plaintiffs Marcus & Millichap Real Estate Investment Brokerage Company and The Marcus &

23 Millichap Company ("Plaintiffs") and defendant National Union Fire Insurance Company

24 ("Defendant") stipulate as follows and respectfully request that the Court enter the following

25 Proposed Order:

26         WHEREAS on October 18, 2006, the Parties submitted a stipulation pursuant to ADR Local

27 Rule 3-5, agreeing to submit to mediation of this dispute;

28                                    1

WHEREAS on December 4, 2006, the Court notified the Parties that Robert A. Goodin had been assigned as mediator;

WHEREAS the Parties subsequently agreed to enter into private mediation before Martin Quinn with JAMS in San Francisco; and

WHEREAS the Parties have now tentatively scheduled a mediation with Mr. Quinn for February 28, 2007.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, subject to Court approval, that the Parties shall withdraw from the currently scheduled Court-sponsored mediation, and shall instead participate in a private mediation on February 28, 2007 before Martin Quinn of JAMS.

**IT IS SO STIPULATED AND AGREED.**

Dated:  January 2, 2007                    ROBERTS, RASPE & BLANTON, LLP

By:  _____/s/Michael S. Blanton
         MICHAEL S. BLANTON

         Attorneys for Plaintiffs MARCUS & MILLICHAP
         REAL ESTATE INVESTMENT BROKERAGE
         COMPANY and MARCUS & MILLICHAP
         COMPANY

Dated:  January 2, 2007                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By:  _____/s./ Michael D. Lisi
         MICHAEL D. LISI
         Attorneys for Defendant NATIONAL UNION
         FIRE INSURANCE COMPANY

2

I hereby attest that I have been authorized by Michael S. Blanton to execute on his behalf this Stipulation and [Proposed] Order Withdrawing From Court-Sponsored ADR and Proceeding with Private Mediation.

Executed on this 2 day of January, 2007 at San Francisco, California.


_____ /s/  Michael D. Lisi _____

MICHAEL D. LISI

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____1/29/07_____

*Ronald M. Whyte*

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

3